IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KENNETH LEO BUHOLTZ,

    Petitioner,

v.                               Civil Action No. 3:15CV630–HEH

ERIC D. WILSON,

    Respondent.

## FINAL ORDER
### (Adopting Report and Recommendation and Dismissing Action)

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that:

1. Buholtz's Objections are OVERRULED.
2. The Report and Recommendation is ACCEPTED and ADOPTED.
3. The Motion for Summary Judgment (ECF No. 6) is GRANTED.
4. The Motion to Dismiss (ECF No. 5) is DENIED AS MOOT.
5. Buholtz's claims and the action are DISMISSED.
6. The Court DENIES a certificate of appealability.

Should Buholtz desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Buholtz.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: June 3, 2016
Richmond, Virginia